# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00209-SI |
| v. | **MISDEMEANOR** |
| **BENJAMIN WOOD-PAVICH,** | **INFORMATION 18 U.S.C. § 111(a)** |
| Defendant. | (1) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**(Assault on a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about July 6, 2020, in the District of Oregon, defendant **BENJAMIN WOOD-PAVICH**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of, AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a Class A Misdemeanor.

Dated: July 7, 2020

> BILLY J. WILLIAMS
> United States Attorney
>
> */s/ Natalie Wight*
> NATALIE K. WIGHT, OSB #035576
> Assistant United States Attorney