BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00209-SI |
| v. | **MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| **BENJAMIN WOOD-PAVICH,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Information filed July 7, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: November 3, 2020                    Respectfully submitted,

                                                        BILLY J. WILLIAMS
                                                        United States Attorney

                                                        *s/ Parakram Singh*
                                                        PARAKRAM SINGH, OSB #134871
                                                        Assistant United States Attorney